NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VINCENT B. SPELLS,                          )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No.  2D17-4594
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed June 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

Vincent B. Spells, pro se.


PER CURIAM.

            Affirmed.



SILBERMAN, CRENSHAW, and BLACK, JJ., Concur.